# Exhibit 2

# STLPARTNERSHIP

August 1, 2019

The Honorable Catherine D. Perry
U.S. District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

Re: *United States of America v. Steven V. Stenger*, Cause No. 4:19CR312
*United States of America v. Sheila A. Sweeney*, Cause No. 4:19CR375

Dear Judge Perry:

In accordance with pleas entered by Steven V. Stenger and Sheila A. Sweeney, the defendants in the above referenced cases (together, the "Defendants"), the St. Louis Economic Development Partnership (the "Partnership") is a victim of crimes committed by Stenger and Sweeney. Please accept this letter as a statement on behalf of the Partnership under 18 U.S.C. § 3771.

The Partnership (formerly known as the St. Louis County Economic Council) is a non-profit corporation formed, in 1984, under Missouri law and is the regional economic development agency for St. Louis. In 2013, the Partnership adopted its current name and consolidated certain economic development activities of St. Louis County and St. Louis City. The County Executive appoints eleven Directors to the Partnership's Board; the Mayor of the City of St. Louis appoints four. All but a small portion of the Partnership's activities are funded with public money. The Partnership also administers numerous economic development political subdivisions and corporations including the St. Louis County Port Authority ("Port Authority") and the Land Clearance for Redevelopment Authority of the County of St. Louis ("LCRA").

The corruption scheme Stenger and Sweeney devised and executed, as described in their guilty pleas, caused substantial direct financial loss to the Partnership, including the following:

- Public contracts awarded to private parties at the direction of Stenger and approved by Sweeney, some of which produced little or no public benefit for the Partnership and its affiliated entities including the Port Authority and the LCRA.
- Substantial and ongoing legal fees and costs for the Partnership's cooperation with the federal investigation.
- Uncalculated substantial cost of staff time to gather data and respond to investigation inquiries.
- Direct out-of-pocket costs expected to be incurred as a result of the Missouri State Auditor's impending audit.

In addition to direct financial losses of the Partnership, the Defendants' conduct has immeasurably injured the public's trust and perception of the Partnership. Damage to the Partnership's reputation hinders its effectiveness in accomplishing its mission to attract, retain and facilitate the growth of businesses in the St. Louis region.

- Since approximately 2017, local and national media outlets have published hundreds of articles implicating the Partnership in the Defendants' crimes and conduct. Articles have characterized the Partnership as "beleaguered" and at the center of political battles and the federal investigation.
- The St. Louis County Council conducted an almost year-long, widely reported ethics investigation of the Partnership, and withheld Partnership funding until recently.
- Industry partners and potential Board members have expressed concerns about their own reputations as a result of association with the Partnership.
- The Partnership had been held in high esteem by the International Economic Development Council (the "IEDC") as one of only 60 accredited economic development organizations in the United States. The Defendants' use of the Partnership in public corruption has tainted the Partnership's reputation within the IEDC and the wider economic development community.

Similarly, the Defendants' conduct interrupted normal Partnership functions and operational capability. During Sweeney's tenure, from approximately September 30, 2015 to January 3, 2019, more than 60% of the Partnership's staff was replaced. By 2018, under intense public scrutiny and County Council investigation, Partnership leadership and operations had become dysfunctional.

- Prior to Stenger and Sweeney's tenure, the average years of service of Partnership employees was 15 years. Today, five years later, the average years of service of Partnership employees is about 6 years.
- The total number of Partnership employees before Stenger and Sweeney administrations was 68. Today, the total number of Partnership employees is 54.

The extraordinary loss of human capital and severe reputational damage are compounded by budget uncertainties, all of which hinder the Partnership's ability to attract and retain talent in the economic development field. It is virtually impossible to estimate the time and cost to rebuild the Partnership's reputation and capabilities.

Finally, there has been a human cost of the Defendants' crimes among current and former Partnership employees.

- Current employees express shock and anger at the betrayal by Sweeney knowing that she directly deceived them to carry out directives from Stenger.
- Employees report conflicts with family, and within their personal and professional communities regarding their association with the Partnership.

As described above, the actions of the Defendants severely injured the Partnership and its constituents financially, operationally, and reputationally. This damage will have lasting impact on the entire St. Louis

region that the Partnership serves. Notwithstanding the wrongful and illegal actions of the Defendants, the Partnership is committed to working to restore the trust of the St. Louis community in the Partnership and to continuing its important mission to foster economic growth throughout the St. Louis region.

Thank you for considering this information.

Sincerely,

**The Board of Directors of the St. Louis Economic Development Partnership**