**United States District Court**
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*Gregory J. Linhares*  *Phone: 314-244-7900*
 *Clerk of Court*

**IN RE: THE BUSINESS OF THE COURT**

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, PO BOX 1227, Sterling, VA 20166-1227.

| **Defendant Name** | **Passport Number** | **Case Number** | **JCC Date** |
|---|---|---|---|
| Alalewi, Hala | 488626587 | 4:18-CR-01017-AGF-001 | 09/27/19 |
| Carter, Danielle | 543673132 | 4:18-CR-00274-ERW-021 | 08/27/19 |
| Cote, Angela | 441014684 | 4:19-CR-00300-ERW-001 | 08/13/19 |
| Fiore, Lawrence | 081027900 | 4:18-CR-00886-JAR-001 | 09/24/19 |
| Goodwin, Reuben | 477852250 | 4:17-CR-00297-AGF-003 | 08/08/19 |
| Halley, Michael | 496484958 | 4:18-CR-00954-RLW-001 | 08/28/19 |
| Miller, William | 470851540 | 4:19-CR-00416-RWS-001 | 09/06/19 |
| Olson, Brian | 490195642 | 4:18-CR-00274-ERW-004 | 09/04/19 |
| Quintero, Alfredo | 521474814 | 4:18-CR-00784-HEA-001 | 09/10/19 |
| Rana, Rehan | 483843384 | 4:17-CR-00297-AGF-008 | 08/16/19 |
| Rhodes-Hicks, Dawn | 046019545 (expired) | 4:17-CR-00300-HEA-001 | 08/13/19 |
| Rhodes-Hicks, Dawn | 560327266 | 4:17-CR-00300-HEA-001 | 08/13/19 |
| Sanders, Ricky | 440478566 | 1:18-CR-00170-SNLJ-001 | 09/25/19 |
| Stenger, Steven | 599573116 | 4:19-CR-00312-CDP-001 | 08/09/19 |
| Sweeney, Sheila | 505802951 | 4:19-CR-00375-CDP-001 | 8/16/19 |
| Thomas, Joseph | 498061476 | 4:18-CR-00036-SNLJ-001 | 09/05/19 |
| Vargas, Mario | 575967759 | 4:18-CR-00922-HEA-003 | 09/24/19 |
| Yusaf, Beg | 463807276 | 4:19-CR-00051-CDP-001 | 10/25/19 |

Dated this 6th day of November, 2019.

_____
Rodney W. Sippel
Chief United States District Judge